ACCEPTED
14-15-00377-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 10:19:39 AM
CHRISTOPHER PRINE
CLERK

# No. **14-15-00377-CV**

**BEFORE THE 14th COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 10:19:39 AM
CHRISTOPHER A. PRINE
Clerk

**OF THE STATE OF TEXAS**

**HOUSTON, TEXAS**

_____

**ELMER LOPEZ, Individually and
dba EHL PAINTING AND CONSTRUCTION**
*Appellant*

**VS.**

**ROC TEXAS LAKESIDE LLC**
*Appellee*

_____

**NOTICE OF APPEARANCE**
_____

The undersigned, Joel Mallory, Jr., hereby submits his Notice of

Appearance as Counsel for Appellant, Elmer Lopez, Individually and dba as EHL

Painting and Construction.

Respectfully submitted,

Joel D. Mallory, Jr.
Appellant  pro se
TBN: 00786082
P.O. Box 301035
Houston, Texas 77230
Tele: (713) 429-0350
Fax: (713) 429-0350
Joelmallory@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served or will be served upon Opposing Counsel in compliance with the Texas Rules of Appellate Procedure on June 2, 2015 by facsimile, U.S. Mail, electronically, or by any means authorized by the Rules upon Robert Eldridge Bone, Counsel for ROC Lakeside LLC

Joel D. Mallory, Jr.

## CERTIFICATE OF COMPLIANCE

I certify that pursuant to Rule 9, Tex. R. App. Proc., this motion complies with the Rule's font requirements (Times Roman 14 and 12 point for footnotes). Word count for the document as applicable is 186 .

Joel D. Mallory, Jr.